band to pay all outstanding guardian ad litem fees because the court should have directed Wife to pay part of the fees in that Husband had already paid part of the fees and Wife was in an equal financial position to pay the outstanding fees and Wife's actions necessitated the fees.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion reciting detailed facts and restating principles of law would have no precedential value. We affirm the judgment pursuant to Rule 84.16(b).

lution of his marriage to wife, Debora L. Palo. Wife appeals from that part of the judgment denying her request for attorney's fees.

We have reviewed the record on appeal as to the court's denial of attorney's fees. No error of law appears. An opinion on that issue would have no precedential value. That part of the judgment denying wife attorney's fees is affirmed pursuant to Rule 84.16(b).

Debora L. PALO, Petitioner/Appellant,

v.

Eli R. PALO, Respondent.

No. ED 77944.

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 21, 2000.

Kenneth A. Leeds, Clayton, for appellant.

Michael B. Stern, Clayton, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, J. and JAMES R. DOWD, J.

### ORDER

PER CURIAM.

The trial court entered judgment finding husband, Eli R. Palo, in contempt for his failure to comply with the decree of disso-

DUCKETT CREEK SEWER DISTRICT OF ST. CHARLES COUNTY, Missouri, Plaintiff/Appellant,

v.

GOLDEN TRIANGLE DEVELOPMENT CORPORATION, Defendant/Respondent.

No. ED 77404.

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 21, 2000.

